Ed Smith, Plaintiff in Error, v. The State of Florida, Defendant in Error.

(Supreme Court of Florida, May 16, 1905.)

Writ of Error to Circuit Court, Marion county; William S. Bullock, Judge.

*R. B. Bullock,* for Plaintiff in Error.

*W. H. Ellis,* Attorney-General, for the State.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Dismissed on praecipe of counsel for the plaintiff in error.